**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-6437**

_____

JEFFREY CORPORAL,

　　　　Plaintiff - Appellant,

　　v.

ACTING ASSISTANT WARDEN BUTLER; LT. JAMES SMITH; CCMS CORY
M. WALKER; CCMSII JOSEPH R. JEFCOAT; CCMSII RODNEY L. DAVIS;
COMMISSIONER O. WAYNE HILL; SECRETARY ROBERT GREEN,

　　　　Defendants - Appellees,

　　v.

THE OFFICE OF THE ATTORNEY GENERAL,

　　　　Party-in-Interest.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
Deborah K. Chasanow, Senior District Judge.  (8:20-cv-01809-DKC)

_____

Submitted:  November 9, 2023　　　　　　　　Decided:  February 8, 2024

_____

Before GREGORY and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jeffrey Corporal, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Corporal appeals the district court's order granting Defendants' motion for summary judgment and denying relief on Corporal's amended 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Corporal v. Butler*, No. 8:20-cv-01809-DKC (D. Md. Mar. 2, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
